UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SALES SERVICE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID VAN OVER; VAN OVER CORPORATION, ST. PAUL FIRE AND MARINE INSURANCE COMPANY DBA TRAVELERS INSURANCE COMPANY; DOES 1-100; and BLACK AND WHITE OCMPANIES 101-200,<br><br>    Defendants. | Case No.: 3:09-CV-00210-LRH-VPC<br><br>**DEFENDANT DAVID VAN OVER'S AND VAN OVER CORPORATION'S** *EX PARTE APPLICATION* **FOR EXTENSION OF TIME IN WHICH TO RESPOND TO COMPLAINT; ORDER**<br><br>L.R. 6-1; 6-2 |

    Defendants David van Over and Van Over Corporation hereby request a 20-day extension of time in which to file a response to plaintiff's complaint.

    Defendant Van Over Corporation has counsel in California that is already pursuing related litigation involving the same cargo and insurance proceeds. The defendants do not, however, have counsel in Reno. They need an extension of time so that they can find Reno counsel to make the appropriate appearances in this court or, if unable to find counsel, so that they may appear *pro se*.

/ / /

/ / /

/ / /

/ / /

DAVID VAN OVER
200 South Virginia Street,
Suite 800
Reno, Nevada 89501
Tel: (775)562-3888

1  This is the first extension sought.  Over the past week, defendants' California
2  counsel has on several occasions requested a brief extension of time from plaintiff's
3  counsel, explaining that defendants do not have counsel in Nevada.  Plaintiff has refused to
4  grant an extension.  Defendants' response is due today, April 27, 2009.

Dated:  April 27, 2009

DAVID VAN OVER
*In pro per* for Defendants,
DAVID C. VAN OVER AND
VAN OVER CORPORATION

By: _____
David van Over

IT IS SO ORDERED:

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED:  April 27, 2009

DAVID VAN OVER
200 South Virginia Street,
Suite 800
Reno, Nevada 89501
Tel: (775)562-3888

-2-   Case No. 3:09-CV-00210-LRH-VPC